**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00257-JAD-PAL |
| Plaintiff, | **Motion to Dismiss the Indictment and Quash Arrest Warrant** |
| v. | |
| ROCIO CASTILLO DIAZ, a.k.a. ROCIO VENEGAS, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Rocio Castillo Diaz a.k.a. Rocio Venegas.

TODD BLANCHE
Acting Attorney General

*s/Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Rocio Castillo Diaz, a.k.a. Rocio Venegas, it is hereby ordered that the warrant for the defendant's arrest, issued in connection with the indictment, is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the criminal indictment, be unsealed.

DATED this 26th day of May, 2026.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1